IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSE ELLEN ALEXANDER,   No. C-04-4036

    Plaintiff,   **ORDER REGARDING STIPULATED PROTECTIVE ORDER**

v.

MONARCH LIFE INSURANCE COMPANY,

    Defendant.
_____/

On June 30, 2005, the parties filed a Stipulated Protective Order. The Court **ORDERS** the parties to submit a revised Stipulated Protective Order complying with following requirements:

1) Provide detailed instructions for filing confidential materials under seal. In addition to placing documents in a sealed envelope with instructions that the document is filed pursuant to the Stipulated Protective Order and that the envelope is not to be opened absent further order of the Court, the envelope should be labeled to identify the title of the case, the case number, and the title of the document; and

2) Designate a time limit on the Court's jurisdiction to enforce the terms of the Stipulated Protective Order (e.g. six months after final termination of the action).

**IT IS SO ORDERED.**

Dated: July 5, 2005

                                          /s/
                                MARTIN J. JENKINS
                                UNITED STATES DISTRICT JUDGE