1  CONSTANTIN V. ROBOOSTOFF
   ROBOOSTOFF & KALKIN
2  369 Pine Street, Suite 610
   San Francisco, CA 94104
3
   Attorney for Plaintiff
4  ROSE ELLEN ALEXANDER

5

6  SEAN P. NALTY (SBN 121253)
   JOHN T. BURNITE (SBN 162223)
7  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
8  San Francisco, CA  94104
   Telephone:  (415) 951-0535
9  Facsimile: (415) 391-7808

10 Attorneys for Defendant
   MONARCH LIFE INSURANCE COMPANY
11

12
                       UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14

15 ROSE ELLEN ALEXANDER,            )   CASE NO.  C04 4036 MJJ ARB
                                    )
16            Plaintiff,            )
                                    )   **STIPULATION OF DISMISSAL;
17     vs.                          )   ORDER OF DISMISSAL, WITH
                                    )   PREJUDICE**
18 MONARCH LIFE INSURANCE COMPANY,  )
                                    )   Granted
19            Defendant.            )
   _____)
20

21

22

23

24

25

26

27

28

---

STIPULATION OF DISMISSAL

CASE NO. C04-4036 MJJ ARB

1  Plaintiff Rose Ellen Alexander ("plaintiff") and defendant Monarch Life Insurance
2  Company ("defendant") have settled this matter. Accordingly, plaintiff through her counsel of
3  record Constantin V. Roboostoff, Roboostoff & Kalkin, and defendant, through its counsel of record
4  Sean P. Nalty, Kelly, Herlihy & Klein, hereby stipulate to the following: This matter shall be
5  dismissed with prejudice and in its entirety as to all parties and all claims for relief..

ROBOOSTOFF & KALKIN

Dated: September 12, 2005     By /s/ Constantin V. Roboostoff
                                 Constantin V. Roboostoff
                                 Attorneys for Plaintiff
                                 ROSE ELLEN ALEXANDER

KELLY, HERLIHY & KLEIN LLP

Dated: September 12, 2005     By /s/ Sean P. Nalty
                                 Sean P. Nalty
                                 Attorneys for Defendant
                                 MONARCH LIFE INSURANCE
                                 COMPANY

ORDER

Based on the stipulation of the parties set forth above, this matter is dismissed, with prejudice and in its entirety, as to all parties and all claims of relief.

IT IS SO ORDERED.

Date: September 14, 2005

_____
The Honorable Martin J. Jenkins
Judge, U.S. District Court
Northern District of California

E:\24181\P17.wpd

- 1 -

STIPULATION OF DISMISSAL                    CASE NO. C04-4036 MJJ ARB